# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Israel James

           Plaintiff,

v.                                                Case No.: 1:22–cv–04984

                                                        Honorable John F. Kness

National Football League

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable John F. Kness: For the reasons provided by the parties in their joint motion [17] to transfer, the Court finds that the public and private interest factors under 28 U.S.C. § 1404(a) support transferring this action to the Southern District of New York. Accordingly, the Court grants the joint motion [17] to transfer and orders that this case be transferred forthwith to the Southern District of New York. All case deadlines shall be held in abeyance pending transfer. Civil case terminated (in this District only). Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.