UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HUGHES, individually and on behalf of all other similarly situated,

               Plaintiff,

-against-

NATIONAL FOOTBALL LEAGUE,

               Defendant.

Case No. 1:22-cv-10743 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As stated on the record at the March 7, 2023 Initial Pretrial Conference, in light of Plaintiff's consent, Defendant's motion to stay discovery during the pendency of the motion to dismiss is GRANTED. IT IS FURTHER ORDERED that Plaintiff shall file his opposition to Defendant's motion to dismiss no later than **March 23, 2023**. Defendant shall file its reply brief no later than **April 6, 2023**.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 42, to change the caption on the docket consistent with the above caption, terminate Plaintiff Israel James from the docket, and to change the short caption to *Hughes v. National Football League*.

Dated: March 8, 2023
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge