UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON HUGHES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE,<br><br>Defendant. | Civil Action No. 1:22-cv-10743-JLR |

## MOTION TO WITHDRAW ATTORNEY

Melissa Anne Siebert hereby moves to withdraw as counsel of record for Defendant in the above-captioned matter. Ms. Siebert is no longer with the law firm of Shook, Hardy & Bacon, and is no longer involved in this case. Hilary Lovett Preston and Marisa Antonelli of Vinson & Elkins remain attorneys of record for the Defendants.

March 17, 2023

Respectfully Submitted,

By: */s/ Melissa Anne Siebert*

Melissa Anne Siebert
Cozen O'Connor
123 N. Wacker Dr.
18th Floor
Chicago, IL 60606
Tel: 312-382-3100
Fax: 312-382-8910
msiebert@cozen.com

LEGAL\61948628\1

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, the foregoing was filed via the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties of record.

*/s/ Melissa Anne Siebert*
Attorney for Defendant
