# EXHIBIT A

Atticus Finch - Wikipedia | NFL Network's Kayla Burton: L...

nfl.com/videos/burton-jalen-ramsey-refusing-to-praise-bills-ahead-of-week-1-matchup

Dockets | Westlaw · Westlaw · Apple · Classwork · Apple · US 50-State Statut... · US State Compre... · Doc Searls Weblo... · Fitness Brand Exp... · FOR PLAINTIFFS,... · Typing Jungle - E... · Learn Touch Typin... » | Other Bookmarks

NFL | News | Scores | Schedule | **Videos** | Teams | Players | Stats | Standings | Free Agency | ... | NFL+ | NFL Network | Fantasy | Tickets | Travel | Shop | Sign In



## NFL Now



### Burton: Jalen Ramsey refusing to praise Bills ahead of Week 1 matchup

NFL Network's Kayla Burton reports that Los Angeles Rams cornerback Jalen Ramsey is refusing to praise the Buffalo Bills ahead of the Rams' season-opening matchup in primetime of Week 1 of the 2022 NFL regular season.