UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON HUGHES,

        Plaintiff,

-against-

NATIONAL FOOTBALL LEAGUE,

        Defendant.

22-CV-10743

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2023
```

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed during today's telephonic pre-settlement conference, no later than two weeks following a decision on the motion to dismiss (Dkt. 44), the parties shall submit a joint letter informing the Court whether they believe that a settlement conference would be productive.

Dated: New York, New York
       May 4, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**