

1055 Thomas Jefferson St, NW, Suite 540
Washington, DC 20007
Tel: 202.463.2101
Fax: 202.463.2103

**Michael L. Murphy**
mmurphy@baileyglasser.com

June 30, 2023

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court,
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Hughes v. NFL*, No. 1:22-cv-10743-JLR

Dear Judge Rochon:

      Plaintiff submits the following in response to Defendant's Notice of Supplemental Authority (ECF No. 67).

      Defendant asserts that the recent *Spine Media* decision, which issued out of the United States District Court for the Southern District of California, supports dismissal of the VPPA claim against the NFL. While *Spine Media* involved the Video Privacy Protection Act, 18 U.S.C. § 2710, and the Facebook Pixel, its similarities and utility end there. As the *Spine Media* court noted:

> *Plaintiff admits that he is neither a renter nor a subscriber* under the VPPA. Plaintiff *alleges that he is a purchaser* under the VPPA, because he 'purchased products advertised on Defendant's website by third parties from which Defendant receives direct or indirect compensation.' FAC ¶ 23. *Plaintiff appears to admit that he did not purchase anything directly from third parties*. It begs the question of whether that third party purchase qualified Plaintiff as a 'consumer' under the VPPA.

*Hunthausen v. Spine Media, LLC*, No. 3:22-cv-1970, ECF No. 24, at 5 (S.D. Cal. June 21, 2023) (emphasis added). Thus, as is facially apparent, the allegations *Spine Media* differ greatly from those here where Plaintiff has expressly alleged he is a subscriber. ECF No. 62, at 3 (citing Compl. ¶¶ 12, 46); 9-10.

      As was the case when Plaintiff opposed Defendant's motion, the great weight of authority supports a finding that *in this case* Plaintiff is a "subscriber" and, therefore, a "consumer" under the VPPA. *See Harris v. Public Broadcasting Serv.*, No. 1:22-cv-2456, 2023 WL 2583118 (N.D. Ga. Mar. 20, 2023); *Goldstein v. Fandango Media, LLC*, No. 22-cv-80569, ECF No. 57 (S.D. Fla. Mar. 7, 2023); *Feldman v. Star Trib. Media Co.*, No. 22-cv-1731, 2023 WL 2388381 (D. Minn. Mar. 7, 2023); *Belozerov v. Gannett Co.*, No. 22-cv10838, 2022 WL 17832185 (D. Mass.

*Hughes v. NFL*, No. 1:22-cv-19743-JLR
June 30, 2023
Page 2

Dec. 20, 2022); *Epoch Times*, 2022 WL 17069810 (S.D.N.Y. Nov. 17, 2022); *Lebakken v. WebMD*, LLC, No. 1:22-cv-644, 2022 16716151 (N.D. Ga. Nov. 4, 2022); *Boston Globe*, 2022 WL 4329373. *See also Louth v. NFL Enters. LLC*, No. 1:22-cv-405, 2022 WL 4130866 (D.R.I. Sept. 12, 2022) (Google Pixel). *Contra Carter v. Scripps Network, LLC*, No. 22-cv-2031 (PKC), 2023 WL 3061858 (S.D.N.Y. Apr. 24, 2023); *Martin v. Meredith Corp.*, No. 22-cv-4776, 2023 WL 2118074, *2 (S.D.N.Y. Feb. 17, 2023).

Thus, Defendant's attempt to slather itself in *Spine Media* can be, and should be, ignored.

Respectfully submitted,

/s/ *Michael L. Murphy*

Michael L. Murphy
BAILEY GLASSER LLP