**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRANDON HUGHES, individually and on behalf of
all others similarly situated,

                          Plaintiff,

        -against-                                    22 **CIVIL** 10743(JLR)

                                                         **JUDGMENT**

NATIONAL FOOTBALL LEAGUE,

                          Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 5, 2024, Plaintiff's request to stay is DENIED, Defendant's motion to dismiss under Rule 12(b)(1) is DENIED, and Defendant's motion to dismiss under Rule 12(b)(6) is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 6, 2024

                                                            **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                               **BY:** _____
                                                     **Deputy Clerk**